IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR114** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| | ) | |
| **RAYMOND JIMENEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has received the Revised Presentence Investigation Report ("PSR") and the Defendant's objections thereto (Filing No. 70).  *See* Order on Sentencing Schedule, ¶ 6.  The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The Defendant objects to ¶¶ 39 and 40 of the PSR.  Specifically, he objects to the application of U.S.S.G. §§ 4A1.1(d) in ¶ 39 and 4A1.1(e) in ¶ 40.  However, ¶ 39 addresses § 4A1.1(e) and § 4A1.1(d) is not applied in the PSR.  The objection to the application of § 4A1.1(e) is denied for the reason stated in the Addendum to the PSR, and the objection to § 4A1.1(d) is denied as moot.

IT IS ORDERED:

1. The Defendant's objections to the PSR are denied as stated above;

2. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary

hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

      3.    Absent submission of the information required by paragraph 2 of this Order, my tentative findings may become final; and

      4.    Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 22nd day of September, 2010.

                              BY THE COURT:

                              s/Laurie Smith Camp
                              United States District Judge